UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

VINOVEST, INC.,

                Defendant.

**ORDER**

21 Civ. 4589 (ER)

RAMOS, D.J.:

       Plaintiff filed the instant suit on May 21, 2021. Doc. 1. A summons was issued on May 24, 2021, Doc. 4, but there has been no activity in this matter since then. Accordingly, Plaintiff is directed to submit a status report by September 13, 2021. Failure to comply with this Order could result in the Court dismissing the case. *See* Fed. R. Civ. P. 4(m) and 41.

       SO ORDERED.

Dated:   August 30, 2021
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.